UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BETSEY WARREN LEBBOS,<br>              Debtor,<br><br>BETSEY WARREN LEBBOS,<br>              Appellant,<br><br>    v.<br><br>LINDA SCHUETTE,<br>              Appellee.<br>_____/ | No. 2:08-cv-0440 FCD<br><br>USBC CASE No. 06-22225-D-7<br>USBC ADV CASE No. 07-2006-D<br>USBC ADV CASE DCN: MPD-1<br><br>**RELATED CASE ORDER** |
| In re:<br>BETSEY WARREN LEBBOS,<br>              Debtor,<br><br>JASON P. GOLD,<br>              Appellant<br>    v.<br><br>LINDA SCHUETTE,<br>              Appellee.<br>_____/ | No. 2:08-CV-0502 FCD |
| In re:<br>BETSEY WARREN LEBBOS,<br>              Debtor,<br><br>THOMAS CARTER,<br>              Appellant<br>    v.<br><br>LINDA SCHUETTE,<br>              Appellee.<br>_____/ | No. 2:08-CV-0503 FCD |

/////

| | |
|---|---|
| In re:<br>BETSEY WARREN LEBBOS,<br>        Debtor, | No. 2:08-CV-0763 FCD |
| BETSEY WARREN LEBBOS,<br>        Appellant<br>  v. | |
| LINDA BARDWILL,<br>        Appellee._____/ | |
| In re:<br>BETSY WARREN LEBBOS,<br>        Debtor, | No. 2:08-CV-0912 JAM |
| BETSEU WARREN LEBBOS, JASON<br>GOLD, THOMAS CARTER, et al.,<br>        Appellants,<br>  v. | |
| LINDA SCHUETTE,<br>        Appellee._____/ | |

The court has received the Notice of Related Cases filed May 7, 2008. Examination of the above-entitled actions reveals that all the actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, 2:08-cv-0912 JAM is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:08-cv-0912 FCD.

IT IS FURTHER ORDERED that the Clerk of Court issue an Opening Letter in Bankruptcy Appeal for the undersigned.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

DATED: May 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE